# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BROADCAST MUSIC, INC.;
MIJAC MUSIC; SEASONS FOUR
MUSIC; EMI VIRGIN SONGS, INC.
d/b/a EMI LONGITUDE MUSIC;
MIRAN PUBLISHING INC.;
WARNER-TAMERLANE PUBLSIHING
CORP.; T/Q MUSIC INC. d/b/a
TRIO MUSIC COMPANY; FORT KNOX
MUSIC, INC.; HOUSE OF FUN
MUSIC, INC.; RONDOR MUSIC
INTERNATIONAL, INC. d/b/a
IRVING MUSIC; BOY MEETS GIRL
MUSIC; HIP CITY MUSIC INC.;
HILFROST PUBLISHING; EMI
BLACKWOOD MUSIC, INC.; SONG A
TRON MUSIC; BMG PLATINUM
SONGS (US), [1]

      Plaintiffs,

      v.                                  CIVIL ACTION NO.:

R N R, LLC d/b/a THE ROCK &
ROLL HOTEL, and JOSEPH A.
ENGLERT, individually,

      Defendants.

    <u>Serve</u>: **R N R LLC d/b/a THE ROCK & ROLL HOTEL**
           **c/o Joseph A. Englert**
           **1353 H Street Northeast**
           **Washington, District of Columbia 20002-4406**

    <u>Serve</u>: **Joseph A. Englert**
           **3015 Rodman St NW**
           **Washington, DC 20008-3150**

---

[1] Pursuant to Local Civil Rule 5.1 of the Local Rules for the United States District Court for the District of Columbia, the addresses of each individual Plaintiff are set forth in <u>Exhibit 1</u>, attached to this Complaint.

## **VERIFIED COMPLAINT**

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 7.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff MJ Publishing Trust is a Trust d/b/a Mijac Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Seasons Four Music is a partnership owned by Robert Gaudio and Frankie Valli. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff EMI Virgin Songs, Inc. is a corporation d/b/a EMI Longitude Music. This

Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff MJ Publishing Trust is a Trust d/b/a Miran Publishing Inc.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff T/Q Music Inc. is a corporation d/b/a Trio Music Company.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Fort Knox Music, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff House Of Fun Music, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Spirit One Music, a division of Spirit Music Group, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Rondor Music International, Inc. is a corporation d/b/a Irving Music.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Boy Meets Girl Music is a partnership owned by Shannon Rubicam and George Robert Merrill.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Hip City Music Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff Hifrost Publishing is a partnership owned by Hiriam Hicks and Elliot Straite.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff EMI Blackwood Music, Inc. is a corporation.  This Plaintiff is the copyright

owner of at least one of the songs in this matter.

19. Plaintiff Song A Tron Music is a partnership owned by Allen George and Fred Mc Farlane. This Plaintiff is the copyright owner of at least one of the songs in this matter.

20. Plaintiff BMG Platinum Songs (US) is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

21. Defendant R N R, LLC is a limited liability company organized and existing under the laws of the District of Columbia, which operates, maintains and controls an establishment known as The Rock & Roll Hotel, located at 1353 H Street Northeast, Washington, District of Columbia 20002-4406, in this district (the "Establishment").

22. In connection with the operation of the Establishment, Defendant R N R, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

23. Defendant R N R, LLC has a direct financial interest in the Establishment.

24. Defendant Joseph A. Englert is a member of Defendant R N R, LLC, with primary responsibility for the operation and management of that limited liability company and the Establishment.

25. Defendant Joseph A. Englert has the right and ability to supervise the activities of Defendant R N R, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

26. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 25.

27. Plaintiffs allege twelve (12) claims of willful copyright infringement, based upon

Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

28. Annexed to this Complaint as <u>Exhibit 2</u> is the schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the twelve (12) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

29. For each musical composition identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

30. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

31. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition

identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

32. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

33. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)  Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: October 23, 2012

By:    /s/ Mohsin Reza
     S. Mohsin Reza, Esq.
     D.C. Bar No. 985270
     Troutman Sanders LLP
     1660 International Drive, Suite 600
     McLean, VA  22102-3805
     Telephone:  703-734-4334
     Facsimile:  703-734-4340
     mohsin.reza@troutmansanders.com
     *Counsel for Plaintiffs*