# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**BROADCAST MUSIC, INC.;**
**MIJAC MUSIC; SEASONS FOUR**
**MUSIC; EMI VIRGIN SONGS, INC.**
**d/b/a EMI LONGITUDE MUSIC;**
**MIRAN PUBLISHING INC.;**
**WARNER-TAMERLANE PUBLSIHING**
**CORP.; T/Q MUSIC INC. d/b/a**
**TRIO MUSIC COMPANY; FORT KNOX**
**MUSIC, INC.; HOUSE OF FUN**
**MUSIC, INC.; RONDOR MUSIC**
**INTERNATIONAL, INC. d/b/a**
**IRVING MUSIC; BOY MEETS GIRL**
**MUSIC; HIP CITY MUSIC INC.;**
**HILFROST PUBLISHING; EMI**
**BLACKWOOD MUSIC, INC.; SONG A**
**TRON MUSIC; BMG PLATINUM**
**SONGS (US),**

        **Plaintiffs,**

        v.                  **CIVIL ACTION NO.: 1:12cv1732**

**R N R, LLC d/b/a THE ROCK &**
**ROLL HOTEL, and JOSEPH A.**
**ENGLERT, individually,**

        **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismiss this action without prejudice.

Dated: November 12, 2012      **BROADCAST MUSIC, INC.,** *et al.*

By:   /s/ Mohsin Reza
     S. Mohsin Reza, Esq.
     D.C. Bar No. 985270
     Troutman Sanders LLP
     1660 International Drive, Suite 600
     McLean, VA  22102-3805
     Telephone:  703-734-4334
     Facsimile:  703-734-4340
     mohsin.reza@troutmansanders.com
     *Counsel for Plaintiff*

20190216v2